Ralph F. Lesemann, of E. St. Louis, Ill., and William M. Acton, of Danville, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Eastern District of Illinois, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.

RIVER HEIGHTS, Inc., v. MANUFACTURERS TRUST COMPANY, Trustee; The Prudence Company, Inc., Frank Fox, Trustee, and Ruth S. Berlin, Inc.

No. 7768.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1937.

Cates, Smith & Long, of Knoxville, Tenn., for appellant.

Frantz, McConnell & Seymour, of Knoxville, Tenn., for appellees.

Before MOORMAN, HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and same is, dismissed, pursuant to agreed motion of counsel.

George A. S. ROBERTSON, Superintendent of the Insurance Department of the State of Missouri, Appellant, v. William R. BAKER et al.

No. 11060.

Circuit Court of Appeals, Eighth Circuit.

Nov. 26, 1937.

Charles L. Henson, of Springfield, Mo., and J. F. Allebach, Carlin P. Smith, and Dean S. Lesher, all of Kansas City, Mo., for appellant.

J. Francis O'Sullivan, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant, at costs of appellant, but without taxation of attorney's docket fee in favor of appellees, which is waived.

George A. S. ROBERTSON, Superintendent of the Insurance Department of the State of Missouri, Appellant, v. William R. BAKER et al.

No. 11061.

Circuit Court of Appeals, Eighth Circuit.

Nov. 26, 1937.

Charles L. Henson, of Springfield, Mo., and J. F. Allebach, Carlin P. Smith, and Dean S. Lesher, all of Kansas City, Mo., for appellant.

J. Francis O'Sullivan, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellant, at costs of appellant, but without taxation of attorney's docket fee in favor of appellees, which is waived.

Emanuel ROLSKY et al., Appellants, v. FOX MIDWEST THEATRES, Inc., et al.

No. 11056.

Circuit Court of Appeals, Eighth Circuit.

Nov. 15, 1937.

William G. Boatright, of Kansas City, Mo., for appellants.

Samuel W. Sawyer, Horace F. Blackwell, Jr., Henry W. Fox, Armwell L. Cooper, and William E. Kemp, all of